ACCEPTED
06-14-00079-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/28/2015 4:34:55 PM
DEBBIE AUTREY
CLERK

**Cause No.: 06-14-00079-CV**

**IN THE COURT OF APPEALS**
**SIXTH DISTRICT OF TEXAS AT TEXARKANA**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/28/2015 4:34:55 PM
DEBBIE AUTREY
Clerk

**MONDEE STRACENER, Appellant**

**V.**

**DOUG STRACENER, BERNICE L. STRACENER AND**
**JOEY KEITH STRACENER, Appellees**

**APPELLANT'S REPLY TO APPELLEES' RESPONSE TO MOTION FOR**
**ADDITIONAL TIME TO FILE BRIEF**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Appellant, Mondee Stracener, by and through his attorney of record, Robert M. Minton, and files this Reply to Appellees' Response to Appellant's Motion for Additional Time to File Appellant's Brief, and would show the Court the following:

I.

Paragraph I. through Paragraph III., has no bearing upon this appeal, Appellee needing to be reminded that this an appeal of an order approving report of special commissioners, and not an appeal of the entire case.

II.

The motion is for an additional extension of time of 10 days, which would be commonly understood to be an insufficient time to make any sale or use of the property, that would be impeded by such 10 day delay.

III.

Appellant's attorney has stated his unusual position and situation which exist at this time,

and that the same continue, and has presented to this Court a reasonable request for the additional 10 day extension of time in which to file Appellant's brief, which time is not an unreasonable delay in the minds of reasonable persons.

IV.

The 10 day extension sought will not shorten any time that Appellees' would have in which to prepare their brief and response, and would not unreasonably delay the judgment of this Court.

V.

Although not required, Appellant's motion for the extension of time through the 9th of February, 2015, may be considered as under oath, establishing the veracity and truthfulness of the claims therein.

Premises considered, Appellant, by and through his attorney of record, respectfully moves the Court to grant the extension of time to file Appellant's Brief, to and the 9th of February, 2015.

Respectfully submitted,

MINTON & BROWN PLLC

By: _____

Robert M. Minton
Texas Bar No. 14195000
Email: mintonbrown@suddenlinkmail.com
134 N. Marshall St.
Henderson, TX 75653
Tel. (903) 657-3543
Fax. (903) 657-3545
Attorney for Plaintiff
Mondee Stracener

## CERTIFICATE OF SERVICE

I certify that on _January 28th_, 2015, a true and correct copy of APPELLANT'S REPLY TO APPELLEES' RESPONSE TO MOTION FOR ADDITIONAL TIME TO FILE BRIEF was served on David B. Griffith electronically at davidg@griffithlawfirm.com and the electronic transmission was reported as complete.

Robert M. Minton
E-mail:mintonbrown@suddenlinkmail.com